No. 89–682. COLORADO DEPARTMENT OF SOCIAL SERVICES ET AL. *v.* AMISUB (PSL), DBA AMI ST. LUKE'S HOSPITAL, INC., ET AL. C. A. 10th Cir. Motion of respondents to expedite consideration of petition for writ of certiorari denied.

No. 89–494. IN RE SPARKS. Petition for writ of mandamus denied.

No. 89–255. UNITED STATES *v.* ENERGY RESOURCES CO., INC., ET AL. C. A. 1st Cir. Certiorari granted. ▉▉▉

No. 89–5383. HOWLETT, A MINOR, BY AND THROUGH HOWLETT, HIS MOTHER, NATURAL GUARDIAN, AND NEXT FRIEND *v.* ROSE, AS SUPERINTENDENT OF SCHOOLS FOR PINELLAS COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 2d Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. ▉▉▉

No. 88–2019. PENNSYLVANIA *v.* GIBBS; and

No. 89–134. GIBBS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. Reported below: 520 Pa. 151, 553 A. 2d 409.

No. 88–7549. CARTER *v.* SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 88–7626. RIVERA *v.* OROWEAT FOODS CO., INC., ET AL. C. A. 9th Cir. Certiorari denied. ▉▉▉

No. 89–29. LEWIS *v.* LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied. ▉▉▉

No. 89–155. HORNER *v.* UNITED STATES PAROLE COMMISSION. C. A. 9th Cir. Certiorari denied. ▉▉▉

No. 89–205. GUINEY *v.* ROACHE. C. A. 1st Cir. Certiorari denied. ▉▉▉

No. 89–245. GARCIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▉▉▉